defendant, $87.63, with interest thereon from July 2, 1903, and $30, with interest thereon from May 31, 1901, and, as so modified, affirmed, without costs of this appeal to either party. McLENNAN, P. J., not sitting.

COLBORN, Respondent, v. SPENCER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Chauncey C. Colborn against Morton J. Spencer and others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer the amended complaint within 20 days upon payment of costs.

COLBY v. EQUITABLE TRUST CO. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Bainbridge Colby against the Equitable Trust Company. No opinion. Motion granted and questions certified. Order filed. Motion for stay granted. Settle order on notice.

COLE, Appellant, v. LESTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Collingwood Cole against Emma Lester and others. No opinion. Interlocutory judgment affirmed, with costs. See 48 Misc. Rep. 13, 96 N. Y. Supp. 67.

In re COLLINS. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) In the matter of the judicial settlement of the account of John J. Collins, as executor, etc., of David Pearson, deceased. No opinion. Decree of the surrogate of Kings county (52 Misc. Rep. 273, 102 N. Y. Supp. 965) affirmed, with costs, on the authority of Pearson v. Collins, 113 App. Div. 657, 99 N. Y. Supp. 932.

CONKLIN, Appellant, v. BUSINESS MEN'S ASS'N OF HAMMONDSPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Sarah C. Conklin against the Business Men's Association of Hammondsport.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, J., dissents.

CONLEY, Respondent, v. CARNEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Jefferson B. Conley against Frank Carney and others, individually and as assessors of the town of Hague, county of Warren, state of New York. No opinion. Reargument ordered, and case set down for Monday, March 9, 1908.

CONROY, Respondent, v. CLEVELAND, C. & ST. L. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Michael Conroy against the Cleveland, Cincinnati & St. Louis Railway Company. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

CONROY v. TAYLOR. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Patrick A. Conroy against Catherine Taylor. No opinion. Motion granted, with $10 costs. Order filed.

COOPER v. KINGS COUNTY SAVINGS INSTITUTION. (Supreme Court, Appellate Division, First Department. March 31, 1908.) Action by Joshus M. Cooper against the Kings County Savings Institution. No opinion. Motion granted, with $10 costs. Order filed.

COTTLER et al., Appellants, v. WIENER, Respondent. (Supreme Court, Appellate Division, Second Department. March 23, 1908.) Action by Louis Cottler and another against Morris Wiener. No opinion. Judgment of the Municipal Court affirmed, with costs.

COUGHTRY v. UNITED TRACTION CO. et al. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by George Coughtry against the United Traction Company and another. No opinion. Judgment unanimously affirmed, with costs.

CRAWFORD, Respondent, v. NORTHWESTERN REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by William Crawford against the Northwestern Realty Company, impleaded, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CROMPTON v. CROMPTON. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Anita Crompton against William Crompton. No opinion. Motion granted, with $10 costs. Order filed.

CURRY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Patrick Curry against the Nassau Electric Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

DARLING, Respondent, v. FORDERKRONZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Lacey B. Darling against Franz Forderkronz. No opinion. Judgment affirmed, with costs.

DAVIDSON, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Marion Davidson, an infant, against the New York City Railway Company. B. H. Ames, for appellant. M. J. O'Brien, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $12,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See 122 App. Div. 11, 106 N. Y. Supp. 1044.